# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| DAVIS L. IGLESIAS, | : | CIVIL ACTION NO. 3:CV-17-1363 |
|---|---|---|
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| DR. PANDYA, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 3rd DAY OF JANUARY, 2018**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff's complaint is **DISMISSED** for failure to prosecute.

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                          /s/ William J. Nealon
                                      **United States District Judge**